United States District Court
Southern District of Texas
**ENTERED**
June 18, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVE SCHUBERT, On Behalf of Himself and All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:18-cv-1372 |
| v. | § § | |
| OMEGA PROJECT SOLUTIONS, INC., | § § | |
| Defendant. | | |

## ORDER GRANTING JOINT AND AGREED MOTION
## TO EXTEND DEADLINE SET BY CONDITIONAL ORDER OF DISMISSAL

The Court having considered Plaintiff Steve Schubert, Opt-in Plaintiff Randy Gilpin, and Defendant Omega Project Solutions, Inc.'s (collectively as "the Parties"), Joint and Agreed Motion to Extend Deadline Set by Conditional Order of Dismissal ("Motion") is of the opinion that the Motion is meritorious and should be GRANTED. It is therefore,

ORDERED that the deadline for the Parties to file their Motion for Approval of the Settlement Agreement and dismissal documents is July 2, 2019.

SIGNED on the 18th day of  June  2019.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND SUBSTANCE:**

*/s/ Carl A. Fitz\**
Carl A. Fitz
**COUNSEL FOR PLAINTIFF STEVE SCHUBERT
AND OPT-IN PLAINTIFF RANDY GILPIN**
*\*signed by permission*

*Diana Pérez Gomez*
Diana Pérez Gomez
**COUNSEL FOR DEFENDANT
OMEGA PROJECT SOLUTIONS, INC.**